1
2
3
4
5
6
7
8                      IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10   BILLY DRIVER, JR.,

11            Plaintiff,                    No. 2:11-cv-2877 KJN P

12       vs.

13   MATTHEW A. LOPES, JR., et al.,

14            Defendants.                   ORDER

15   _____/

16            Plaintiff, a state prisoner proceeding without counsel, has filed a civil rights action

17   pursuant to 42 U.S.C. § 1983, together with a request for leave to proceed in forma pauperis

18   pursuant to 28 U.S.C. § 1915.  Plaintiff has not, however, filed his application for leave to

19   proceed in forma pauperis on the form used by this district.  Use of the form assists plaintiff to

20   establish, and the court to evaluate, plaintiff's in forma pauperis status in light of 28 U.S.C.

21   § 1915 (b)(1) and (2).  Accordingly, plaintiff's application will be dismissed and plaintiff will be

22   provided the opportunity to submit the application on the appropriate form.  Plaintiff is cautioned

23   that he must also provide a certified copy of his prison trust account statement for the six month

24   period immediately preceding the filing of his complaint.

25   ////

26   ////

1    In accordance with the above, IT IS HEREBY ORDERED that:

2    1.  Plaintiff's application to proceed in forma pauperis is dismissed without

3    prejudice;

4    2.  The Clerk of the Court is directed to send plaintiff a new Application to

5    Proceed In Forma Pauperis By a Prisoner; and

6    3.  Plaintiff shall submit, within thirty days from the date of this order, a

7    completed application to proceed in forma pauperis.  Plaintiff's failure to comply with this order

8    may result in the dismissal of this action without prejudice.

9    DATED:  November 7, 2011

10

11

12   KENDALL J. NEWMAN
     UNITED STATES MAGISTRATE JUDGE

13   driv2877.3d

14

15

16

17

18

19

20

21

22

23

24

25

26

2