IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BILLY DRIVER, JR.,

        Plaintiff,                      No. 2:11-cv-2877 KJN P

    vs.

MATTHEW A. LOPES, JR., et al.,

        Defendants.            <u>ORDER</u>

_____/

        On May 29, 2012, this court granted plaintiff's application to proceed in forma pauperis, and dismissed plaintiff's complaint with leave to file an amended complaint within thirty days. (<u>See</u> Dkt. No. 8.) On June 20, 2012, plaintiff filed a one-page statement listing each of the three pending cases he has filed in this court, including the instant case. The purpose of the statement is not apparent, and the deadline for filing an amended complaint in the present action has expired.

        In an abundance of caution, IT IS HEREBY ORDERED that:

        1. Within fourteen days from the filing date of this order, plaintiff shall, in the present action, file: (a) an amended complaint; or (b) a statement of voluntary dismissal, without prejudice, pursuant to Federal Rule of Civil Procedure 41(a).

////

1

        2. Failure of plaintiff to timely respond to this order shall result in the dismissal of this action without prejudice, pursuant to Federal Rule of Civil Procedure 41(b).

        SO ORDERED.

DATED: July 17, 2012

                                                    _____
                                                    KENDALL J. NEWMAN
                                                    UNITED STATES MAGISTRATE JUDGE

driv2877.fta