IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BILLY DRIVER, JR.,

    Plaintiff,                    No.  2:11-cv-2877 KJN[1] P

    vs.

MATTHEW A. LOPES, JR., et al.,

    Defendants.              ORDER

_____/

        Plaintiff, a state prisoner proceeding pro se, has requested that this action be dismissed. Pursuant to Fed. R. Civ. P. 41(a), plaintiff's request shall be honored.

        Accordingly, IT IS HEREBY ORDERED that this action is dismissed.

DATED: August 8, 2012

                                _/s/ Kendall J. Newman_
                                KENDALL J. NEWMAN
                                UNITED STATES MAGISTRATE JUDGE

driv2877.59

---

[1] Plaintiff has consented to the jurisdiction of the magistrate judge for all purposes.  (Dkt. No. 7.)  See 28 U.S.C. § 636(c); Local Rule 305(a).